UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURA D. BRANNAN,

       Plaintiff,

                                      Civil No. 07-332-HA

    v.

                                      JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

       Based on the record,

       IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner partially denying plaintiff Laura Brannan's application for benefits is AFFIRMED.

       Dated this   25   day of September, 2008.

                                                      /s/ ANCER L. HAGGERTY
                                                       ANCER L. HAGGERTY
                                             UNITED STATES DISTRICT JUDGE